IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS OTTER ADAMS, #100612,          )
                                      )
           Plaintiff,                 )
                                      )
     v.                               )   CIVIL ACTION NO. 2:05cv352-MHT
                                      )
GWENDOLYN MOSLEY, *et al.*,            )
                                      )
           Defendants.                )

## ORDER

On August 4, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation (doc. # 74) be and is hereby ADOPTED and that the motion for preliminary injunction (doc. # 73) be and is hereby DENIED.

DONE, this the  23rd day of August, 2006.


         /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE