IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THOMAS OTTER ADAMS,       ) | |
|                       ) | |
|    Plaintiff,       ) | |
|                       ) | CIVIL ACTION NO. |
|    v.                ) | 2:05cv352-MHT |
|                       ) | (WO) |
| GWENDOLYN MOSLEY, etc.,   ) | |
| et al.,                   ) | |
|                       ) | |
|    Defendants.       ) | |

OPINION AND ORDER

By order entered August 23, 2006 (Doc. No. 75), the court adopted the recommendation of the magistrate judge, entered August 4, 2006 (Doc. No. 74), that the plaintiff's motion for a preliminary injunction, filed August 1, 2006 (Doc. No. 73), be denied; the order noted that no objections to the recommendation had been filed, and, as of the signature date of the instant order, the docket sheet confirms that no objections to the recommendation were ever filed with the court.

On August 28, 2006 (Doc. No. 76), the plaintiff filed an affidavit wherein he maintains that he did, in fact, prepare, and mail to the court objections to the August 4

recommendation; the plaintiff also states that he retained a copy of these objections.

Upon consideration of the plaintiff's August 28 pleading, it is ORDERED as follows:

(1) The affidavit filed August 28, 2006 (Doc. No. 76), is treated as a motion to reconsider

(2) The motion to reconsider (Doc. No. 76) is granted.

(3) The court's order entered August 23, 2006 (Doc. No. 75), is vacated.

(4) On or before September 22, 2006, the plaintiff shall file his objections to the recommendation of the magistrate judge entered August 4, 2006 (Doc. No. 74).  If the plaintiff wishes to submit his personal copy of the objections rather than make another copy of them, he shall print at the top of the first page of the pleading "Plaintiff's File Copy."  The clerk of the court shall then make a copy of the document for the court file and shall return the plaintiff's file copy to him.

DONE, this the 5th day of September, 2006.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE