IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS OTTER ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv352-MHT |
| | ) | |
| GWENDOLYN MOSLEY, etc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objections (doc. no. 81) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 74) is adopted.

(3) Plaintiff's motion for preliminary injunction (doc. no. 73) is denied.

(4) This cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 3rd day of October, 2006.


                          /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE