IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THOMAS OTTER ADAMS,    )<br>                       )<br>    Plaintiff,       )<br>                       )<br>    v.                 )<br>                       )<br>GWENDOLYN MOSLEY, et al., )<br>                       )<br>    Defendants.        ) | CIVIL ACTION NO.<br>2:05cv352-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit charging that defendants violated his constitutional rights by disciplining him and interfering with his ability to practice his religion.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record,

the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of September, 2008.

                             <u>  /s/ Myron H. Thompson  </u>
                             **UNITED STATES DISTRICT JUDGE**