IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

THOMAS OTTER ADAMS,            )
                               )
   Plaintiff,                  )
                               )     CIVIL ACTION NO.
   v.                          )       2:05cv352-MHT
                               )           (WO)
GWENDOLYN MOSLEY, et al.,      )
                               )
   Defendants.                 )

ORDER

Pursuant to the order entered on October 17, 2008 (Doc. No. 113), it is ORDERED as follows:

(1) Plaintiff's petition for permission to appeal (Doc. No. 112) is treated as a motion to allow filing of objections out of time pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, because plaintiff did not have enough time to file objections.

(2) The motion to allow filing of objections out of time is granted to the extent that the court

    will consider plaintiff's recently filed objections (Doc. No. 114).

(3) The objections (Doc. No. 114) are overruled. The court has considered the objections as if they had been timely filed, and the court finds the objections to be without merit.

(4) The court's opinion (Doc. No. 110) and judgment (Doc. No. 111) are re-adopted and re-affirmed.

DONE, this the 10th day of November, 2008.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE